IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JUNE MURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-1236 STA-egb |
| ) | |
| JACKSON MADISON COUNTY SCHOOL ) | |
| SYSTEM BOARD OF EDUCATION, JACKSON- ) | |
| MADISON COUNTY SCHOOL SYSTEM, and ) | |
| VERNA RUFFIN, individually and in her official ) | |
| Capacity as the Superintendent of Schools for the ) | |
| Jackson-Madison County School System Board ) | |
| Of Education and/or Jackson-Madison County ) | |
| School System, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appears to the satisfaction of the Court that the Plaintiff and Defendants have agreed, as evidenced by the signatures of counsel for the Plaintiff and counsel for the Defendants contained herein that all of the Plaintiff's claims against all of the Defendants should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff against the Defendants are hereby dismissed with prejudice as an adjudication on the merits.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED that no attorney's fees or expenses will be awarded to any party pursuant to statute or common law, and that no

discretionary costs or expenses will be requested by any party, and no such fees, costs, or expenses will be awarded or assessed against any party.

The Clerk is hereby directed to enter final judgment consistent with this Order.

**IT IS SO ORDERED.**

                                                   **s/ S. Thomas Anderson**
                                                   S. THOMAS ANDERSON
                                                   UNITED STATES DISTRICT JUDGE

                                                   Date: March 1, 2017

Approved for Entry By:

PENTECOST, GLENN, MAULDIN
& YORK PLLC

s/Jonathan D. Buckner
James I. Pentecost (#011640)
Jonathan D. Buckner (#032458)
Attorneys for Defendants
106 Stonebridge Blvd
Jackson, TN  38305
(731) 668-5995


WEINMAN THOMAS LAW FIRM

s/Michael L. Weinman
Michael L. Weinman (#015074) (with permission)
Attorney for Plaintiff
112 S. Liberty Street, Suite 321
P.O. Box 266
Jackson, TN  38302
(731) 423-5565