UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **JUNE MURRY** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **JACKSON MADISON COUNTY SCHOOL SYSTEM BOARD OF EDUCATION, JACKSON-MADISON COUNTY SCHOOL SYSTEM, and VERNA RUFFIN, individually and in her official Capacity as the Superintendent of Schools for the Jackson-Madison County School System Board Of Education and/or Jackson-Madison County School System** | **CASE NO: 16-1236-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered on March 1, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 3/1/2017

　　　　　　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　s/Terry L. Haley
　　　　　　　　　　　　　　　(By)  Deputy Clerk